| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

United States District Court
Southern District of Texas
**ENTERED**
June 13, 2019
David J. Bradley, Clerk

US Bank National Trust Association, §
§
Plaintiff, §
§
versus § Civil Action H-17-2452
§
Latonya Thompson, §
§
Defendant. §

## Final Judgment

US Bank National Trust Association, as Trustee for Cornerstone Quarry 2010 A Trust, will recover the amount owed under the second lien note, including pre- and post-judgment interest, attorneys' fees, and court costs.

Signed on June 13, 2019, at Houston, Texas.

Lynn N. Hughes
United States District Judge